# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **PARTHENON UNIFIED MEMORY ARCHITECTURE LLC,** § § § | Case No. 2:14-cv-00691 |
| PLAINTIFF, § § | JURY TRIAL REQUESTED |
| V. § § | |
| **LG ELECTRONICS, INC. AND LG ELECTRONICS USA, INC.,** § § § | |
| DEFENDANTS. § § § § | |

## PARTHENON UNIFIED MEMORY ARCHITECTURE LLC'S
## RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff Parthenon Unified Memory Architecture LLC's ('PUMA") by and through its undersigned counsel states as follows:

The parent company of Parthenon Unified Memory Architecture LLC is Acacia Research Group LLC and the parent company of Acacia Research Group LLC is Acacia Research Corporation, a public company.

2

| | |
|---|---|
| Dated: June 12, 2014 | Respectfully submitted, |

*/s/ Demetrios Anaipakos*
Demetrios Anaipakos
Texas Bar No. 00793258
danaipakos@azalaw.com
Amir Alavi
Texas Bar No. 00793239
aalavi@azalaw.com
Michael McBride
Texas Bar No. 24065700
mmcbride@azalaw.com
Alisa A. Lipski
Texas Bar No. 24141345
alipski@azalaw.com
Justin Chen
Texas Bar No. 24074204
jchen@azalaw.com
AHMAD, ZAVITSANOS, ANAIPAKOS,
    ALAVI & MENSING P.C.
1221 McKinney Street, Suite 3460
Houston, TX 77010
Telephone: 713-655-1101
Facsimile: 713-655-0062

**ATTORNEYS FOR PLAINTIFF PARTHENON UNIFIED MEMORY ARCHITECTURE LLC**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on June 12, 2014.

*/s/ Demetrios Anaipakos*